ELIPHALET W. BLISS, Respondent, v. SAMUEL J. HOGGSON, Appellant.

(Submitted June 23, 1881 ; decided October 11, 1881.)

*George T. Gardiner* for appellant.

*D. C. Stoddard* and *H. F. Anderson* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.

-----

THE CONTINENTAL NATIONAL BANK OF NEW YORK, Respondent, *v.* JOHN B. HASKIN, Impleaded, etc., Appellant.

(Submitted June 23, 1881 ; decided October 11, 1881.)

*Abel Crook* for appellant.

*Edward F. Brown* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.

-----

HORATIO SEYMOUR et al., as Executors, etc., Respondents, *v.* WALTER S. CHURCH, Appellant.

(Argued October 4, 1881; decided October 11, 1881.)

*W. S. Hevenor* for appellant.

*William Rumsey* for respondents.

Agree to dismiss appeal without opinion.
All concur.
Appeal dismissed.